

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00353-CV

| | | |
|---|---|---|
| Estate of Glenda Rhoades, Deceased | § | From County Court at Law No. 2 |
| | § | of Parker County (CIV-13-0909) |
| | § | September 8, 2016 |
| | § | Opinion by Justice Sudderth |
| | § | Concurrence and dissent by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Elise Kinler shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
     Justice Bonnie Sudderth